UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ROBERT W. MERRITT,

    Plaintiff,

v.                                            Case No.  5:19-cv-144-TKW/MJF

DEPARTMENT OF CORRECTIONS, *et al.*,

    Defendants.
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 31) and Plaintiff's "Response to Report and Recommendation with Motion for Leave to Amend" (Doc. 32). The Court treats Plaintiff's filing as an objection to the Report and Recommendation, *see* Fed. R. Civ. P. 72(b)(3), and after *de novo* review of the issues raised in the objection, the Court agrees with the magistrate judge's determination that this case should be dismissed based on Plaintiff's failure to disclose his litigation history.

The Court did not overlook Plaintiff's argument that he made an "honest mistake" when he failed to disclose his litigation history because he was confused by differences in this District's and the Middle District's civil rights complaint forms. The Court is not persuaded by this argument because even though the

Districts' forms differ, the question on this District's form to which Plaintiff falsely answered "no," was clear and unambiguous and does not require a legal education to understand. Accordingly, there is no excuse for Plaintiff's failure to carefully read the question before answering it.

The Court also has not overlooked Plaintiff's argument that he should be allowed to amend his complaint to disclose the case that he previously omitted from his litigation history. However, as the magistrate judge explained, *see* Doc. 31, at 8, allowing Plaintiff to amend his complaint at this point would amount to no penalty for his inexcusable failure to disclose his litigation history and would not serve as a deterrent to Plaintiff and others from falsely answering the questions on the civil rights complaint form.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915A(b)(1) for maliciousness and abuse of the judicial process.

3. The Clerk shall close the case file.

**DONE AND ORDERED** this 13th day of November, 2020.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**